CHARLES M. GRAY MARBLE AND SLATE COMPANY, Plaintiff, *v.* VALENTINE D. SCHAEFER, Trading as SOMMERVILLE ELEVATOR COMPANY, Appellant, and EARLINGTON REALTY CORPORATION, Respondent.

*Liens — failure of lienor to file notice of pendency of action within one year — notice of lien properly canceled of record.*

*Gray Marble & Slate Co.* v. *Schaefer,* 206 App. Div. 167, affirmed. (Argued January 8, 1924; decided February 19, 1924.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 30, 1923, which reversed an order of Special Term denying a motion for an order discharging and canceling of record the notice of lien of the defendant, appellant, and granted said motion upon the ground that said lien had expired because of the failure of the lienor to file a notice of pendency of action within one year after the date of filing of the notice of lien, as provided by section 17 of the Lien Law.

The following question was certified:.

" Under section 17 of the Lien Law, is the lien of a lienor continued for a longer period than one year when he has been made a party defendant to an action already begun to enforce another lien, wherein the plaintiff prior to the filing of this defendant's lien has filed a notice of pendency of the action within the prescribed time which, however, does not contain this particular lienor's name, when the defendant, so joined, does not file a notice of pendency or obtain an order amending the original notice of lien or obtain an order extending the duration of his lien? "

*John H. Hendrick* and *John L. Sheehan* for appellant.

*I. Maurice Wormser* and *Milton Elias Schattman* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.